IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SANDRA YEH, M.D. and PRAIRIE EYE CENTER, LTD., an Illinois Professional Medical Corporation<br><br>   Plaintiffs,<br><br>v.<br><br>PRAIRIE E&L MANAGEMENT, LLC, a North Carolina Limited Liability Company,<br><br>   Defendant. | Case No. 3:20-cv-3124-RM-TSH<br><br>Judge: Richard Mills |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

Plaintiffs SANDRA YEH, M.D., and Prairie Eye Center, Ltd., by their attorneys Hinshaw & Culbertson LLP, move pursuant to Fed. R. Civ. P. 15(a)(2) for leave to file a Second Amended Complaint, a copy of which is submitted with Motion (with Exhibits). As grounds for this motion, Plaintiffs state:

1. Rule 15(a)(2) permits amendments and provides that leave to amend is to be given freely when justice so requires.

2. The original Complaint, which was initially filed in State Court, and the Amended Complaint (Doc. #17) were limited to seeking declaratory and injunctive relief relating to termination of Dr. Yeh as medical director of and physician for Prairie Eye Center, Ltd.

3. In its Answer to the Amended Complaint (Doc. #21), Defendant added counterclaims seeking, *inter alia,* declaratory and injunctive relief as well as damages for breach of contract, fraudulent misrepresentation, and negligent misrepresentation.

4. Plaintiffs' proposed Second Amended Complaint continues to seek declaratory and injunctive relief, but includes additional fact allegations and also seeks, *inter alia,* damages

for breach of contract, breach of a promissory note, defamation, and intentional infliction of emotional distress.

5. Justice would be served by the granting of leave to amend in that the additional facts and causes of action asserted in the proposed Second Amended Complaint arise out of the same facts and circumstances, and the same transaction, as already alleged in the Complaint and Amended Complaint (and, more recently, Defendant's counterclaims (Doc. 21)). The Second Amended Complaint serves to bring all relevant legal theories of recovery and additional parties before the Court.

6. No prejudice will result to Defendant by filing the Second Amended Complaint. Discovery has not yet commenced and a Rule 16 conference has neither been held or scheduled.

WHEREFORE, Plaintiffs pray that leave be granted to file the accompanying Second Amended Complaint.

Dated: June 26, 2020

Respectfully submitted,

/s/ William P. Hardy
William P. Hardy #6201355
whardy@hinshawlaw.com
Charles R. Schmadeke #2489813
cschmadeke@hinshawlaw.com
Hinshaw & Culbertson LLP
400 South Ninth Street, Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
Attorneys for Plaintiffs SANDRA YEH, M.D., and PRAIRIE EYE CENTER, LTD.

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 26, 2020, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

| | | |
|---|---|---|
| Lorilea Buerkett | Email: | lbuerkett@bhslaw.com |
| Charles Y. Davis | Email: | cdavis@bhslaw.com |
| Anthony D. Schuering | Email: | aschuering@bhslaw.com |
| Brian Allan Kilpatrick | Email: | bkilpatrick@ctstlaw.com |

*/s/ William P. Hardy*
William P. Hardy
Hinshaw & Culbertson LLP
400 S. 9th Street, Suite 200
Springfield, IL  62701