IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| SANDRA YEH, M.D., and PRAIRIE EYE CENTER, LTD., an Illinois Professional Medical Corporation, | § § § § | |
| Plaintiffs, | § § § | |
| v. | § § § | Case No. 3:20-cv-03124-RM-TSH |
| PRAIRIE E&L MANAGEMENT, LLC, a North Carolina Limited Liability Company, CENTURY VISION GLOBAL LLC, a North Carolina Limited Liability Company; ELI GLOBAL, LLC, a Delaware Limited Liability Company; GLOBAL GROWTH HOLDINGS, INC., a Delaware Corporation; and GLOBAL GROWTH, LLC, a Delaware Limited Liability Company | § § § § § § § § § § § | |
| Defendants. | § § | |

**JOINT STATUS REPORT**

In accordance with this Court's Notices of December 10, 2024 and February 14, 2025, Plaintiffs, through their counsel Russell L. Reed, and Defendants, through their counsel, Brian A. Kilpatrick, provide this Joint Status Report to the Court.

This case was removed to this Court from state court on May 15, 2020. [ECF #1]  When originally filed, there was only one defendant: Prairie E&L Management, LLC ("PELM").  On June 5, 2020, PELM filed a counterclaim against Plaintiffs. [ECF # 21] On July 17, 2020, Plaintiffs filed a Second Amended Complaint, naming additional defendants: Century Vision Global, LLC ("CVG"), Eli Global, LLC ("Eli Global"), Global Growth Holdings, Inc. ("Global Growth") and Global Growth, LLC ("Global, LLC"). [ECF #36]

JOINT STATUS REPORT - PAGE 1

30132006v1 92132.099.09

On August 24-25, 2020, the parties appeared before United States District Judge Richard Mills for a preliminary injunction hearing, which Judge Mills granted as specifically set forth in orders dated August 28, 2020. [ECF # 64-65]  These orders (along with an order denying reconsideration) were appealed to the Seventh Circuit Court of Appeals on August 6, 2021.

During the pendency of the appeal – extensions of the scheduling order were sought – to allow the parties to continue to negotiate and mediate a possible resolution of the dispute.  Briefing for the appeal was also extended by agreement of the parties and on April 10, 2023, PELM voluntarily dismissed its appeal.

Several additional status conferences were held with prior Magistrate Judge Karen McNaught wherein the court agreed to allow the case to remain stayed because of the pending appeal and also because of a pending case in North Carolina which would likely have bearings on this case, namely control of some of the defendants. Three of the defendants in this case (PELM, CVG, and Eli Global) were contractually required to be contributed to a new holding company under new management pursuant to a memorandum of understanding that a Judge in North Carolina ordered enforced by specific performance pursuant to an amended judgment and order dated May 26, 2022, in Case No. 19 CVS 013093 in the General Court of Justice, Superior Court Division of Wake County, North Carolina. That case was appealed to the North Carolina Court of Appeals and then to the North Carolina Supreme Court where it remains pending.  That contribution did occur in late 2024, and a Board of the new holding company is now in place.

As a result of this contribution, the new holding company and its counsel is considering whether to find substitute counsel for PELM, CVG, and Eli Global, or continue with the firm of Condon Tobin Sladek Thornton Nerenberg, PLLC as counsel ("Condon Tobin").

30132006v1 92132.099.09

Further, Condon Tobin does not wish to continue to represent the non-contributed entities – Global Growth Holdings, Inc. (now Global Growth Holdings, LLC) and Global Growth, LLC (which is actually incorrectly named, as noted in the Answer, as that entity is not a successor entity to Eli Global, LLC according to Defendants).

Also, counsel for Defendants, Brian A. Kilpatrick, is leaving the firm of Condon Tobin on February 28, 2025, and therefore plans to withdraw from representing all Defendants in this matter and anticipates filing a motion to that effect as soon as substitute counsel is identified.

Additionally, on February 7, 2025, Prairie Eye Center, Ltd., a plaintiff and counter-defendant in this matter, filed for bankruptcy in the Central District of Illinois, and a Notice of Bankruptcy was filed in this case on February 13, 2025. [ECF # 104]

Finally, on February 18, 2025, PELM, a defendant and counter-plaintiff in this matter, filed for bankruptcy in the Middle District of North Carolina (see attached petition).

The Parties agree that this case should remain stayed until further order of the respective bankruptcy courts.

Respectfully submitted,

/s/ Russell L. Reed
Russell L. Reed #6196489
rreed@hinshawlaw.com
Hinshaw & Culbertson LLP
400 South Ninth Street, Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075

COUNSEL FOR PLAINTIFFS

JOINT STATUS REPORT - PAGE 3

30132006v1 92132.099.09

*/s/ Brian A. Kilpatrick*
Brian A. Kilpatrick
bkilpatrick@condontobin.com
Texas State Bar No. 00784392
CONDON TOBIN SLADEK THORNTON
NERENBERG PLLC
8080 Park Lane, Ste. 700
Dallas, Texas 75231
Telephone: 214-265-3865
Facsimile: 214-691-6311

COUNSEL FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

This is to certify that on February 27, 2025, the undersigned filed this instrument using the court's ECF filing system, which will send a copy of such filing to all counsel of record.

*/s/* Russell L. Reed
Russell L. Reed

30132006v1 92132.099.09

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____  Chapter __7__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Prairie E&L Management, LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** |
| | Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **82-3470897** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **51 State Road** <br> **North Dartmouth, MA 02747** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Bristol** <br> County | **Location of principal assets, if different from principal place of business** <br> **2020 West Iles Avenue Springfield, IL 62704** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | _____ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **Prairie E&L Management, LLC**                                                   Case number (*if known*) _____
         Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___5511___

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor  __**Prairie E&L Management, LLC**__                              Case number (*if known*) _____
       Name

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | | Case number, if known | |
| | When | | | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

    Contact name _____

    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Prairie E&L Management, LLC** | Case number (*if known*) | |
| | Name | | |

| Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 18, 2025**
MM / DD / YYYY

**X /s/ Lonna Carter**
Signature of authorized representative of debtor

**Lonna Carter**
Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

**X /s/ James C. Lanik**
Signature of attorney for debtor

Date **February 18, 2025**
MM / DD / YYYY

**James C. Lanik 30454**
Printed name

**Waldrep Wall Babcock & Bailey PLLC**
Firm name

**370 Knollwood Street**
**Suite 600**
**Winston Salem, NC 27103-1864**
Number, Street, City, State & ZIP Code

Contact phone    **336-722-6300**    Email address    **notice@waldrepwall.com**

**30454 NC**
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4