IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| SANDRA YEH, M.D., and PRAIRIE EYE CENTER, LTD., an Illinois Professional Medical Corporation, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 3:20-cv-03124-RM-TSH |
| PRAIRIE E&L MANAGEMENT, LLC, a North Carolina Limited Liability Company, CENTURY VISION GLOBAL LLC, a North Carolina Limited Liability Company; ELI GLOBAL, LLC, a Delaware Limited Liability Company; GLOBAL GROWTH HOLDINGS, INC., a Delaware Corporation; and GLOBAL GROWTH, LLC, a Delaware Limited Liability Company | § § § § § § § § § § § § § | |
| Defendants. | § § | |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW**

This matter is before the Court upon Defendants' Unopposed Motion To Allow Brian A. Kilpatrick To Withdraw As Counsel Of Record For All Defendants.

For good and justifiable cause shown, the Court grants this motion. Brian A. Kilpatrick is allowed to withdraw as counsel for record for Defendants and said counsel shall have no further responsibilities in this case (nor will his prior firm, Condon Tobin).

Unless and until other counsel makes an appearance for the Defendants, the Clerk and counsel for the parties should send any notice or orders directed to these Defendants to the following contacts:

**Prairie E&L Management, LLC** to the following: Vicki L. Parrott, Northen Blue, LLP, P.O. Box 2208, 1414 Raleigh Rd., Suite 435, Chapel Hill, NC 27515-2208 (27517), 919.968.4441

30133063v4 92132.099.09

(telephone), vlp@nbfirm.com.

**Century Vision Global LLC** to the following: James C. Lanik, 370 Knollwood Street, Suite 600, Winston-Salem, NC 27103-1864, Telephone: 336-722-6300, Email: notice@waldrepwall.com.

**Eli Global, LLC** to the following: NHC Holdings, LLC, 207 W Millbrook Rd., Ste 210, #336 Raleigh, NC 27609.

**Global Growth Holdings, Inc.** to the following: Monica Langdon Jackson, 2108 Fallon Oaks Court, Raleigh, NC 27608, (919) 715-2925, mllesq@gmail.com.

**Global Growth, LLC** to the following: Monica Langdon Jackson, 2108 Fallon Oaks Court, Raleigh, NC 27608, (919) 715-2925, mllesq@gmail.com.

SO ORDERED.    6/30/2025

s/Ronald L Hanna
United States Maigistrate Judge