E-FILED
Tuesday, 30 September, 2025  12:48:16 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| SANDRA YEH, M.D., and PRAIRIE EYE CENTER, LTD., an Illinois Professional Medical Corporation, | ) ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | Case No. 3:20-cv-03124-RM-TSH |
| PRAIRIE E&L MANAGEMENT, LLC, a North Carolina Limited Liability Company, CENTURY VISION GLOBAL LLC, a North Carolina Limited Liability Company; ELI GLOBAL, LLC, a Delaware Limited Liability Company; GLOBAL GROWTH HOLDINGS, INC., a Delaware Corporation; and GLOBAL GROWTH, LLC, a Delaware Limited Liability Company | ) ) ) ) ) ) ) ) ) ) ) | |
| *Defendants.* | ) | |

**JOINT STATUS REPORT**

In accordance with this Court's Text Order entered on February 28, 2025, the undersigned attorneys provide this Joint Status Report to the Court:

1.      On February 7, 2025, Prairie Eye Center, Ltd. filed for Chapter 11 bankruptcy in the Central District of Illinois. A Notice of Bankruptcy was filed in this case on February 13, 2025. [ECF # 104]. The bankruptcy case remains ongoing.

2.      On February 18, 2025, Defendant Prairie E&L Management, LLC filed for Chapter 7 bankruptcy in the Middle District of North Carolina. The bankruptcy case remains ongoing.

3.      As a result of the bankruptcy filings, the automatic stay provisions of 11 U.S.C. § 362 apply to this matter. Accordingly, all proceedings in this case are currently stayed.

4.      The Parties agree that this case should remain stayed until further order of the respective bankruptcy courts.

This the 30th day of September, 2025.

**WALDREP WALL BABCOCK & BAILEY PLLC**

/s/ James C. Lanik
James C. Lanik
NC Bar No. 30454
370 Knollwood Street, Suite 600
Winston-Salem, NC 27103-1864
Telephone: 336-722-6300
Telefax: 336-722-1993
Email: notice@waldrepwall.com

*Counsel for Defendant Century Vision Global, LLC*

/s/ Monica Langdon Jackson
Monica Langdon Jackson
North Carolina State Bar – 25664
2108 Fallon Oaks Court
Raleigh, North Carolina 27608
(919) 332-6707
mlljesq@gmail.com

*Counsel for Defendants Global Growth Holdings Inc. and Global Growth, LLC*

/s/ Russell L. Reed
Russell L. Reed #6196489
rreed@hinshawlaw.com
Hinshaw & Culbertson LLP
400 South Ninth Street, Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on September 30, 2025, the foregoing document was electronically filed with the Clerk of Court and served on all counsel of record using the Court's CM/ECF system.

*/s/ James C. Lanik*
James C. Lanik
