E-FILED
Tuesday, 30 December, 2025  05:56:56 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| SANDRA YEH, M.D., and PRAIRIE EYE CENTER, LTD., an Illinois Professional Medical Corporation, | ) ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | Case No. 3:20-cv-03124-RM-TSH |
| PRAIRIE E&L MANAGEMENT, LLC, a North Carolina Limited Liability Company, CENTURY VISION GLOBAL LLC, a North Carolina Limited Liability Company; ELI GLOBAL, LLC, a Delaware Limited Liability Company; GLOBAL GROWTH HOLDINGS, INC., a Delaware Corporation; and GLOBAL GROWTH, LLC, a Delaware Limited Liability Company | ) ) ) ) ) ) ) ) ) | |
| *Defendants.* | ) | |

**JOINT STATUS REPORT**

In accordance with this Court's Text Order entered on February 28, 2025, the undersigned attorneys provide this Joint Status Report to the Court:

1.      On February 7, 2025, Prairie Eye Center, Ltd. ("Prairie Eye") filed for Chapter 11 bankruptcy in the Central District of Illinois. A Notice of Bankruptcy was filed in this case on February 13, 2025. [ECF # 104].

2.      The Chapter 11 bankruptcy filed by Prairie Eye was dismissed on December 1, 2025.

3.      On February 18, 2025, Prairie E&L Management, LLC ("Prairie E&L") filed for Chapter 7 bankruptcy in the Middle District of North Carolina. The bankruptcy case remains ongoing.

4.　　As a result of Prairie E&L's bankruptcy filing, the automatic stay imposed by 11 U.S.C. § 362 remains in effect. Accordingly, notwithstanding the dismissal of Prairie Eye's bankruptcy case, all proceedings in this matter should remain stayed.

5.　　The Parties agree that this case should remain stayed until further order of the respective bankruptcy court.

This the 30th day of December, 2025.

**WALDREP WALL BABCOCK & BAILEY PLLC**

*/s/ James C. Lanik*
James C. Lanik
NC Bar No. 30454
370 Knollwood Street, Suite 600
Winston-Salem, NC 27103-1864
Telephone: 336-722-6300
Email: notice@waldrepwall.com

*Counsel for Defendant Century Vision Global, LLC*

*/s/ Russell L. Reed*
Russell L. Reed #6196489
rreed@hinshawlaw.com
Hinshaw & Culbertson LLP
400 South Ninth Street, Suite 200
Springfield, IL 62701
Telephone: 217-528-7375

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that on December 30, 2025, the foregoing document was electronically filed with the Clerk of Court and served on all counsel of record using the Court's CM/ECF system.

*/s/ James C. Lanik*
James C. Lanik